William Michael Cunningham, PRO SE
PO Box 75574
Washington, DC 20013
202-455-0430

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

INTERFAITH CENTER ON CORPORATE RESPONSIBILITY, JAMES McRITCHIE and AS YOU SOW,

Plaintiffs,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Defendant

No. 1:21-cv-1620-RBW

## CONSENT MOTION OF WILLIAM MICHAEL CUNNINGHAM
## FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE
## IN SUPPORT OF PLAINTIFFS

Pursuant to Local Civil Rule 7(o), William Michael Cunningham ("WMC") requests permission from this Court for leave to file a brief as amicus curiae in support of plaintiffs. The brief is being lodged with the Clerk of Court at the same time that this motion is filed. The Defendant takes no position on this filing and all other parties to this matter have **not** consented or objected to this motion.

In support of this motion WMC states as follows:

1. William Michael Cunningham (WMC) is an economist and US Citizen.

2. WMC's interest stems from his status noted above.

3. No one has compensated WMC AT ALL in conjunction with filing this amicus brief.

Upon consideration of the consent motion of William Michael Cunningham for leave to file a brief as amicus curiae in support of plaintiffs, as well as the entire record in this case, it is this \_\_\_\_ day of September, 2021—

ORDERED that the motion be, and the same is hereby, granted, and it is further ORDERED that the Clerk shall file in the docket the brief that William Michael Cunningham lodged with the Clerk when filing said motion.

_____

Reggie B. Walton

United States District Judge